FILED

08 AUG 27 PM 3:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANDRES REGALADO (1), JUDITH ELIZABETH QUEZADA (2), Defendants. | Criminal Case No. '08 CR 2872 DMS<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 8, U.S.C., Sec. 1327 - Aiding or Assisting Certain Aliens to Enter the United States; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about July 3, 2008, within the Southern District of California, defendants ANDRES REGALADO and JUDITH ELIZABETH QUEZADA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Aurelio Santos-Perez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

JPME:nlv:San Diego
8/26/08

Count 2

On or about July 3, 2008, within the Southern District of California, defendants ANDRES REGALADO and JUDITH ELIZABETH QUEZADA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Aurelio Santos-Perez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

Count 3

On or about July 3, 2008, within the Southern District of California, defendants ANDRES REGALADO and JUDITH ELIZABETH QUEZADA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jesus Lopez-Cruz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

//

//

//

//

Count 4

On or about July 3, 2008, within the Southern District of California, defendants ANDRES REGALADO and JUDITH ELIZABETH QUEZADA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jesus Lopez-Cruz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

Count 5

On or about July 3, 2008, within the Southern District of California, defendants ANDRES REGALADO and JUDITH ELIZABETH QUEZADA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Cecilia Herrera-Hernandez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

//

//

//

//

Count 6

On or about July 3, 2008, within the Southern District of California, defendants ANDRES REGALADO and JUDITH ELIZABETH QUEZADA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Cecilia Herrera-Hernandez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

Count 7

On or about July 3, 2008, within the Southern District of California, defendants ANDRES REGALADO and JUDITH ELIZABETH QUEZADA, with the intent to violate the immigration laws of the United States, knowingly aided and assisted an alien, Namely, Antonio Lorenzo Angon-Paz, to enter the United States, said alien being excludable under Title 8, United States Code, Section 1182(a)(2), as an alien who has been convicted of an aggravated felony, to wit: unlawful delivery of a controlled substance, in violation of Revised Code of Washington, Section 69.401(c)(1)(I); in violation of Title 8, United States Code, Section 1327, and Title 18 United States Code, Section 2.

DATED: August 27, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
JAMES P. MELENDRES
Assistant U.S. Attorney