FILED

08 AUG 27 PM 3:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANDRES REGALADO (1),<br>JUDITH ELIZABETH QUEZADA (2),<br>Defendant. | Criminal Case No. '08 CR 2872 DMS<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Andres Regalado, et al., Criminal Case No. 08CR2454DMS.

DATED: August 27, 2008.

KAREN P. HEWITT
United States Attorney

[signature]

JAMES P. MELENDRES
Assistant U.S. Attorney